**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00310-NYW

ALLEN BROWN, on behalf of himself and
all others similarly situated,

      Plaintiffs,

v.

DOLLAR GENERAL CORPORATION,
a Tennessee corporation, and
DG RETAIL, L.L.C.,
a Tennessee Limited Liability Company,

      Defendants.

---

**ORDER SETTING STATUS CONFERENCE AND SETTING DEADLINE FOR FILING
OF CONSENT/NONCONSENT FORM**

---

      This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to D.C.COLO.LCivR 40.1(c).

      IT IS ORDERED:

      1.  The court shall hold a Status Conference on:

      **March 17, 2016 at 9:00 a.m.**

in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

      2.  The parties shall complete and file the Consent/Nonconsent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

      **March 10, 2016**

DATED: February 29, 2016

                                                              BY THE COURT:

                                                              s/Nina Y. Wang_____
                                                              United States Magistrate Judge